**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| JOHN PARRA, ID # 53832-177, | ) ) | |
| Movant, | ) | No. 3:18-CV-1244-D |
| vs. | ) | No. 3:16-CR-286-D (15) |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

# ORDER

After reviewing all relevant matters of record in this case, including the findings, conclusions, and recommendation of the United States Magistrate Judge, in accordance with 28 U.S.C. § 636(b)(1), the court is of the opinion that the findings and conclusions of the magistrate judge are correct, and they are adopted as the findings and conclusions of the court. Accordingly, movant's motion for extension of time to perfect appeal is dismissed without prejudice for want of jurisdiction.

In accordance with Fed. R. App. P. 22(b) and 28 U.S.C. § 2253(c), and after considering the record in this case and the recommendation of the magistrate judge, the court denies a certificate of appealability. The court adopts and incorporates by reference the magistrate judge's findings, conclusions, and recommendation filed in this case in support of its finding that no certificate of appealability is required to appeal an order that dismisses a motion for extension of time for want of jurisdiction under *United States v. Shipman*, 61 Fed. Appx. 919 (5th Cir. 2003).

If movant files a notice of appeal, he must pay the $505.00 appellate filing fee or submit a motion to proceed *in forma pauperis* that is accompanied by a properly signed certificate of inmate trust account.

**SO ORDERED**.

June 14, 2018.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE